CHRISTOPHER A. SEACORD
CSEACORD@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

May 13, 2020

**VIA ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

    Re:    *Calcano v. Bowlmor Lanes LLC*
              Case No.: 1-19-cv-11387-VSB

Dear Judge Broderick:

    As Your Honor is aware, this firm is counsel to defendant, Bowlmor Lanes LLC ("Defendant"), in connection with the above-referenced matter. We write, together with plaintiff's counsel, to advise the Court that the parties have reached an agreement in principle to resolve this matter, and contemplate filing a stipulation of voluntary dismissal, with prejudice, within thirty (30) days. Accordingly, the parties respectfully request a stay of the proceedings and that all pending deadlines and conferences be adjourned *sine die*.

    We thank the Court for its consideration herein.

                                  Respectfully submitted,

                                  *Christopher A. Seacord*

                                  Christopher A. Seacord

cc: All Counsel of Record (via ECF)