```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                 :
EVELINA CALCANO,                     :
                                                 :
                         Plaintiff,    :
                                                 :                19-CV-11387 (VSB)
            -against-                    :
                                                :                         **ORDER**
BOWLMOR LANES LLC,               :
                                                :
                         Defendant.   :
                                                :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  May 13, 2020
          New York, New York

                                                                                   _____
                                                                                   Vernon S. Broderick
                                                                                   United States District Judge